435 A.2d 649

Shick v. Shick, Jr., Appellant.

Submitted April 14, 1981. George Shorall, for appellant; Dominick Motto, for appellee.

Before CAVANAUGH, JOHNSON and SHERTZ, JJ.

Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

435 A.2d 650

Short v. Short, Jr., Appellant.

Argued March 20, 1980. David F. Wedge, for appellant; David E. Greer, for appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order affirmed.